UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Laura DeShane,                                      Case No. 21-CV-1452- DWF-HB

    Plaintiff,

vs.                                                **[PROPOSED] ORDER**

City of Minneapolis, et al.,

    Defendants.

---

This matter came before the Court pursuant to the motion to dismiss filed by Defendants County of Hennepin, Hal Haliburton, and Carrie Nyblom. Plaintiff Laura DeShane was represented by counsel, Tim Phillips. Hennepin County Defendants County of Hennepin, Hal Haliburton, and Carrie Nyblom appeared through counsel Jamil M. Masroujeh and Kelly K. Pierce, Assistant County Attorneys. Defendants City of Minneapolis, Joseph Fonseca, and Tyler Nothnagel appeared through counsel Mark S. Enslin, Assistant City Attorney

IT IS HEREBY ORDERED THAT:

1. Defendants County of Hennepin, Hal Haliburton, and Carrie Nyblom's Motion to Dismiss is **GRANTED**.

2. All of Plaintiff's claims against Defendants County of Hennepin, Hal Haliburton, and Carrie Nyblom **ARE DISMISSED WITH PREJUDICE**.

2

Dated: _____	_____
	The Honorable Donovan W. Frank
	United States District Court Judge