UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Laura DeShane,<br><br>        Plaintiff,<br><br>vs.<br><br>City of Minneapolis, et al.,<br><br>        Defendants. | Case No. 21-CV-1452-DWF-HB<br><br>**STATEMENT REGARDING CONFIDENTIAL EXHIBITS** |

  The following exhibits to the Declaration of Tim Phillips in support of Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability were filed under seal, because the entire document is, or one or more entire documents included in the exhibit are, confidential: Exhibits 2, 3, 5, 6, and 7.

Dated: December 2, 2021

                s/*Tim Phillips*
                Tim Phillips (#390907)
                Law Office of Tim Phillips
                331 Second Avenue S, Suite 400
                TriTech Center
                Minneapolis, MN 55401
                (612) 470-7179
                tim@timphillipslaw.com

                **ATTORNEY FOR PLAINTIFF**