# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Laura DeShane,<br>　　Plaintiff(s)<br><br>v.<br><br>City of Minneapolis, Joseph Fonseca,<br>Tyler Nothnagel, County of Hennepin,<br>Carrie Nyblom, Hal Haliburton,<br>　　Defendant(s). | **COURT MINUTES**<br>**BEFORE: Donovan W. Frank**<br>**United States District Judge**<br><br>Case Number:　CV 21-1452 DWF/HB<br>Date:　January 14, 2022<br>Court Reporter:　Lynne Krenz<br>Courthouse:　St. Paul<br>Courtroom:　via Video<br>Time Commenced:　11:08 AM<br>Time Concluded:　11:58 AM<br>Time in Court:　50 Minutes |

**APPEARANCES:**

　　Plaintiff:　Timothy Phillips
　　Defendant(s):　Jamil Masroujeh, Kelly Pierce, Sharda Enslin

**PROCEEDINGS:**

Hearing on:
First MOTION to Dismiss/General Rule 12(b)(6) filed by County of Hennepin, Hal Haliburton, Carrie Nyblom. (Masroujeh, Jamil) (Doc. No. 7)
MOTION for Partial Summary Judgment filed by Laura DeShane. (Phillips, Timothy) (Doc. No. 20)

**IT IS ORDERED:**

　　☒ **Submitted**
　　☒ Written order forthcoming.

　s/L. Sampson<br>
Courtroom Deputy